UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Melanie Clark,

          Plaintiff

v.

Inventhelp, et al.,

          Defendants

Case No. 2:24-cv-00991-CDS-BNW

**Order Adopting Magistrate Judge's Report and Recommendation and Closing Case**

[ECF No. 9]

Magistrate Judge Brenda Weksler issued a report and recommendation (R&R) that I dismiss this case for plaintiff Melanie Clark's failure to file a second amended complaint by the court ordered deadline.[1] ECF No. 9. Clark had until September 10, 2024, to file to file any objections to the R&R. *Id.* at 2 (citing LR IB 3-2(a) (stating that parties wishing to object to an R&R must file objections within fourteen)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). As of the date of this order, Clark has neither objected to the R&R nor requested more time to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). As no objections have been filed, I adopt the R&R in full and dismiss this action without prejudice.

### Conclusion

IT IS THEREFORE ORDERED that Judge Weksler's report and recommendation **[ECF No. 9] is adopted** in its entirety. This action is now dismissed without prejudice. The Clerk of Court is kindly instructed to enter judgment accordingly and to close this case.

Dated: September 18, 2024

_____
Cristina D. Silva
United States District Judge

---

[1] Judge Weksler gave plaintiff until August 15, 2024, to file the second amended complaint. ECF No. 8.