AO450 (NVD Rev. 7/31/24) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Melanie Clark

              Plaintiff,

v.

Inventhelp Settlement c/o Administrator

              Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:24-cv-00991-CDS-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered in favor of Defendant Inventhelp Settlement c/o Administrator and against Plaintiff Melanie Clark without prejudice.

09/18/2024  
Date

DEBRA K. KEMPI  
Clerk

/s/ MAM  
Deputy Clerk